1  Terrance J. Evans (SBN 227671)
   Heather J. Zacharia (SBN 280444)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: 415.957.3000
   Facsimile: 415.957.3001
5  Email: HJZacharia@duanemorris.com
          TJEvans@duanemorris.com
6
   Brett L. Messinger *(Appearance Pro Hac Vice)*
7  **DUANE MORRIS LLP**
   30 South 17th Street
8  Philadelphia, PA 19103-4196
   Telephone: 215.979.1000
9  Facsimile: 215.979.1020
   Email: BLMessinger@duanemorris.com
10
   Attorneys for Plaintiff
11 TECHNICAL SERVICES AND SUPPLIES
   GENERAL TRADING AND CONTRACTING
12 CO. W.L.L.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
12/18/2018

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TECHNICAL SERVICES AND SUPPLIES GENERAL TRADING AND CONTRACTING CO. W.L.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLIED BIOSYSTEMS INTERNATIONAL, INC., <br><br> Defendant. | Case No. 4:18-CV-06866-YGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Complaint Filed: October 3, 2018 California Superior Court, County of San Mateo, Case No. 18-CIV-05370 <br> Complaint Removed: November 13, 2018 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

/ / /

/ / /

Case No. 3:18-CV-06866-YGR

DM1\9242606.1     NOTICE OF VOLUNTARY DISMISSAL

Please mark the above matter dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 17, 2018  **DUANE MORRIS LLP**

By: */s/ Heather J. Zacharia*
 Brett L. Messinger
 Terrance J. Evans
 Heather J. Zacharia
 Attorneys for Plaintiff
TECHNICAL SERVICES AND SUPPLIES
GENERAL TRADING AND CONTRACTING CO.
W.L.L.